# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LUKE STARNES, MAUREEN STARNES,
CHRIS NESBITT, and SUZANNE ESTES,
          Plaintiffs**,**
v.

MADEWELL CONCRETE, LLC, et al.,

        Defendants.

Civil Action No.
1:24-cv -04111-TWT

## FINAL JUDGMENT

Before the Court is the Motion to Confirm Arbitration Award and Enter Judgment [Doc. 9] filed by Plaintiffs Luke Starnes, Maureen Starnes, Chris Nesbitt, and Suzanne Estes. No response has been filed by Defendant Madewell Concrete, LLC. After due consideration, the Motion is due to be **GRANTED**. The Award of the Arbitrator in the amount of $64,016.30 entered on June 13, 2025 and made final by operation of law on July 14, 2025 is confirmed pursuant to 9 U.S.C. § 9.  Final judgment is entered against Madewell Concrete, LLC for $64,016.30, plus interest of 10.5 percent pursuant to GA Code § 7-4-12 (2020) from July 15, 2025 until paid in full, for which let execution issue.

SO ORDERED, this 15th day of October, 2025.

THOMAS W. THRASH, JR.
United States District Judge